THE MAYOR AND COMMON COUNCIL OF THE CITY OF RAHWAY, appellants,

*v.*

THE COMMISSIONERS OF THE SINKING FUND OF NEW JERSEY, respondents.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion (not filed) held that taxes and assessments levied on lands in the city of Rahway, after the assignment of a mortgage on those lands to the respondents, were subordinate in lien to such mortgage.

*Mr. Garret Berry,* for appellants.

*Mr. John H. Stewart,* for respondents.

PER CURIAM.

This decree unanimously affirmed.